UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EMILY MILLER,

      Plaintiff,

vs.           CASE NO.: 5:17-cv-182-OC-39 PRL

RULLAN - O'BRIEN, LLC, a Florida
Limited Liability Company,

      Defendant.      /

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, EMILY MILLER, by and through the undersigned attorney, sues the Defendant, RULLAN - O'BRIEN, LLC, a Florida Limited Liability Company, and alleges:

1. Plaintiff, EMILY MILLER, was an employee of Defendants and brings this action for unpaid overtime compensation, liquidated damages, and all other applicable relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiff, EMILY MILLER was an employee who worked at Defendants' property within the last three years in Marion County, Florida.

3. Plaintiff, EMILY MILLER, worked for Defendant as an hourly paid employee for an hourly rate of starting at $8.50 per hour and was provided par rate increases up to $12.00 per hour.

4. Plaintiff, EMILY MILLER, worked for Defendant as a veterinarian technician. Plaintiff also performed receptionist duties as well.

5. Plaintiff, EMILY MILLER, is a non-exempt employee and therefore entitled to overtime compensation for working overtime hours.

6. Defendant, RULLAN - O'BRIEN, LLC, is a Florida Limited Liability Company that

1

operates and conducts business in Marion County, Florida and is therefore, within the jurisdiction of this Court.

7. Defendant, RULLAN - O'BRIEN, LLC, operates as an animal hospital/clinic serving the Ocala area. Defendant provides preventative medicine for pets, nutrition education, and pet exercise education. Defendant also provides pet wellness exams, animal dental cleanings, and heartworm testing, along with many other animal/pet related medical services. *See* www.MaricampAH.com

8. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

9. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA.

10. During Plaintiff's employment, Defendant, RULLAN - O'BRIEN, LLC, earned more than $500,000.00 per year in gross sales.

11. Defendant, RULLAN - O'BRIEN, LLC, employed approximately ten (10) employees and paid these employees plus earned a profit from their business.

12. During Plaintiff's employment, Defendant, RULLAN - O'BRIEN, LLC, employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce, such as animal medicine, pet food, flea treatment products, and other items used to run the business.

13. Therefore, at all material times relevant to this action, Defendant, RULLAN - O'BRIEN, LLC, was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

### FLSA Violations

14. At all times relevant to this action, Defendant failed to comply with the FLSA because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for all overtime hours worked.

15. During her employment with Defendant, Plaintiff was not paid time and one-half her regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

16. Based upon these above policies, Defendant has violated the FLSA by failing to pay complete overtime pay.

17. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendant.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

18. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-17 above as though stated fully herein.

19. Plaintiff is/was entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week.

20. During her employment with Defendants, Plaintiff worked overtime hours but was not paid time and one-half compensation for same.

21. Plaintiff was paid her regular rate for all recorded overtime hours worked.

22. Specifically, Defendant had a method of paying Plaintiff for recorded overtime by adding a separate "bonus" onto her paycheck.

23. Furthermore, Plaintiff was routinely required to perform work off the clock.

24. Specifically, Defendant's required Plaintiff to work every other Saturday either off the clock or her time would be altered/adjusted to reflect no work performed on Saturdays.

25. Furthermore, Plaintiff was required to arrive for work at 7:30 a.m. but was not allowed to clock in until 8:00 a.m.

26. Defendant has failed provide accurate overtime compensation for numerous pay periods.

3

27. Defendant did not have a good faith basis for their decision not to pay Plaintiff full overtime compensation.

28. As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

29. As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

30. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, EMILY MILLER demands judgment against Defendant for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this 12 day of April, 2017

_____
Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: mgunter@forthepeople.com
Attorneys for Plaintiff

4