## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**EMILY MILLER,**

      **Plaintiff,**

**v.**                                                      **Case No. 5:17-cv-182-Oc-39PRL**

**RULLAN - O'BRIEN, LLC, a Florida**
**Limited Liability Company,**

      **Defendant.**

_____/

### ORDER OF REFERRAL

      **THIS CAUSE** is before the Court on the Joint Motion for Approval of Settlement and Incorporated Memorandum of Law, filed on September 6, 2017 (Doc. 11).

      Upon consideration, it is hereby

      **ORDERED:**

      The Joint Motion for Approval of Settlement and Incorporated Memorandum of Law is **REFERRED** to the assigned Magistrate Judge, for the preparation of a Report and Recommendation as to whether the parties' proposed settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. See Lynn Food Stores, Inc. v. United States Dep't of Labor, 679 F .2d 1350 (11th Cir. 1982).

      **DONE** and **ORDERED** in Jacksonville, Florida this 15th day of September, 2017.

                                            BRIAN J. DAVIS
                                          United States District Judge

cs

Copies furnished to:

The Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record