UNITED STATS DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EMILY MILLER,

    Plaintiff,

CASE NO.:  5:17-CV-182-BJD-PRL

vs.

RULLAN - O'BRIEN, LLC, a Florida
Limited Liability Company,

    Defendant._____/

## JOINT NOTICE OF NON-OBJECTION

COMES NOW the Plaintiff, EMILY MILLER, and Defendant, RULLAN-O'BRIEN, LLC, by and through the undersigned counsel, and files this Joint Notice of Non-Objection pursuant to this Court's September 29, 2017 Report and Recommendation (Doc. 13). The parties hereby notify the Court that they have no objection to this Court's Report and Recommendation regarding the Parties' Joint Motion for Approval of Settlement filed on September 6, 2017 (Doc. 11). The parties are agreeable to the Court's Report and Recommendation.

RESPECTFULLY SUBMITTED, this  6th  day of December, 2017, by:

| /s/ MATTHEW GUNTER | /s/ JEREMY ROGERS |
|---|---|
| Matthew Gunter, Esq. | Jeremy W. Rogers, Esq. |
| FLBN: 0077459 | Florida Bar No. 150551 |
| Morgan & Morgan, P.A. | Freeman Mathis & Gary, LLP |
| 20 N. Orange Avenue | 2502 N. Rocky Point Drive, Suite 860 |
| Suite 1600 | Tampa, Florida 33607 |
| Orlando, FL  32801 | Tel: (813)774-5373 |
| Telephone: (407) 420-1414 | JRogers@fmglaw.com |
| Facsimile: (407) 867-4791 | *Counsel for Defendant* |
| Email: MGunter@forthepeople.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record this 6th day of December, 2017.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.