UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EMILY MILLER,

    Plaintiff,

vs.                                             Case No. 5:17-cv-182-Oc-39PRL

RULLAN-O'BRIEN, LLC, a Florida
Limited Liability Company,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 31; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on September 29, 2017. In the Report, the Magistrate Judge recommends the Court grant the parties' Joint Motion for Approval of the Settlement Agreement (Doc. 11) as it is a fair and reasonable compromise of Plaintiff's FLSA claim. Report at 3. In response, Plaintiff's Notice of Non-Objection was filed (Doc. 14; Notice) and subsequent thereto the parties filed their Joint Notice of Non-Objection to the Magistrate Judge's Report and Recommendation (Doc. 15; Notice) Accordingly, the matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district judge is not required to conduct a review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779, n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). Further, if no objections to a magistrate judge's report and recommendation are filed, the district court reviews legal conclusions only for plain error and

only if necessary in the interests of justice. Shepherd v. Wilson, 663 F. App'x 813, 816 (11th Cir. 2016); see also Mitchell v. United States, 612 F. App'x 542, 545 (11th Cir. 2015) (noting that under 11th Circuit Rule 3-1, the appellant would have waived his ability to object to the district court's final order on a report and recommendation where appellant failed to object to that report and recommendation). "Under plain error review, we can correct an error only when (1) an error has occurred, (2) the error was plain, (3) the error affected substantial rights, and (4) the error seriously affects the fairness, integrity or public reputation of judicial proceedings." Symonette v. V.A. Leasing Corp., 648 F. App'x 787, 790 (11th Cir. 2016) (citing Farley v. Nationwide Mut. Ins. Co., 197 F.3d 1322, 1329 (11th Cir. 1999)).

Upon review of the entire record, including the Report, Motion, and Revised Settlement Agreement, the undersigned finds no plain error in the Report and concludes that the settlement represents a "fair and reasonable" resolution of Plaintiff's FLSA claims consistent with Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby

**ORDERED**:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 13).

2. The parties' Joint Motion for Approval of Settlement (Doc. 11) is **GRANTED**.

3. The terms of the proposed settlement agreement submitted by the parties are **APPROVED** as a fair and reasonable resolution of a bona fide FLSA dispute.

4. This case is **DISMISSED with prejudice** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of December, 2017.

                                                BRIAN J. DAVIS
                                                United States District Judge

*Copies furnished to:*

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record

ap